1   ROBERT C. SCHLEIN
    California State Bar No. 97876
2   Attorney at Law
    401 "B" Street, Suite 2209
3   San Diego, CA 92101
    Telephone: (619) 235-9026
4   Email: robert@rcslaw.org

5   *Attorney for HERBERTH MORALES-SASO*

6
                    UNITED STATES DISTRICT COURT
7
                  SOUTHERN DISTRICT OF CALIFORNIA
8
                  (HONORABLE IRMA E. GONZALEZ)
9
    UNITED STATES OF AMERICA,        )    Case:   08cr1334-IEG
10                                    )
                 Plaintiff,           )    Date:   June 30, 2008
11                                    )    Time:   2:00 p.m.
    v.                                )
12                                    )    NOTICE OF MOTIONS
    HERBERTH MORALES-SASO,            )    TO:
13                                    )
                                      )
14               Defendants.          )    (1) COMPEL DISCOVERY/PRESERVE
                                      )        EVIDENCE;
15                                    )    (2) GRANT LEAVE TO FILE FURTHER
    _____)        MOTIONS
16
    TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, and
17           CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY

18
             PLEASE TAKE NOTICE that on June 30, 2008 at 2:00 p.m. or as soon thereafter as counsel
19
    may be heard, defendant, HERBERTH MORALES-SASO, by and through his attorneys, Robert C. Schlein,
20
    will ask this Court to enter an order granting the accompanying motions.
21

22
                                         Respectfully submitted,
23

24
    Dated: June 06, 2008                 /s/ROBERT C. SCHLEIN
25                                       Robert C. Schlein
                                         Attorney-at-Law
26                                       Attorneys for Defendant MORALES-SASO
                                         robert@rcslaw.org
27

28