ROBERT C. SCHLEIN
California State Bar No. 97876
Attorney at Law
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for Herberth Morales-Saso*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 08cr1334-IEG |
| Plaintiff, | Date: June 30, 2008 |
| v. | Time: 2:00 p.m. |
| HERBERTH MORALES-SASO, | MOTIONS TO: |
| Defendant. | (1) COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| | (2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
       CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY

## MOTIONS

Defendant, HERBERTH MORALES-SASO, by and through his attorneys, Robert C. Schlein, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery;

(2)   Grant Leave to File Further Motions.

//

//

//

//

//

1 | These motions are based upon the instant motions and notice of motions, the attached
2 | statement of facts and memorandum of points and authorities, the files and records in the above-captioned
3 | matter, and any and all other materials that may come to this Court's attention prior to or during the hearing
4 | of these motions.

Respectfully submitted,

Dated: June 6, 2008        /s/ROBERT C. SCHLEIN
　　　　　　　　　　　　　Robert C. Schlein
　　　　　　　　　　　　　Attorney-at-Law
　　　　　　　　　　　　　Attorneys for Defendant MORALES-SASO
　　　　　　　　　　　　　robert@rcslaw.org