ROBERT C. SCHLEIN
California State Bar No. 97876
Attorney at Law
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for HERBERTH MORALES-SASO*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:  08cr1334-IEG |
| Plaintiff, | ) | Date:  June 30, 2008 |
| | ) | Time:  2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS |
| HERBERTH MORALES-SASO, | ) | TO: |
| | ) | |
| | ) | |
| Defendants. | ) | (1) COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| | ) | (2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, and
CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on June 30, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, defendant, HERBERTH MORALES-SASO, by and through his attorneys, Robert C. Schlein, will ask this Court to enter an order granting the accompanying motions.

Respectfully submitted,

Dated: June 06, 2008          /s/ROBERT C. SCHLEIN
                              Robert C. Schlein
                              Attorney-at-Law
                              Attorneys for Defendant MORALES-SASO
                              robert@rcslaw.org