# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                      Plaintiff,           )<br>                                                              )<br>          v                                             )<br>                                                              )<br>HERBERTH MORALES-SASO,        )<br>                                                              )<br>                      Defendant.          )<br>_____ )  | Case No.: 08cr1334-IEG<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Notice of Motions**
**Motion to:   (1) Compel Discovery**
**                    (2) Grant Leave to File Further Motions**
**Memorandum of Points and Authorities**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Carla Bressler, Assistant United States Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008.

                                                                    s/Robert C. Schlein
                                                                    ROBERT C. SCHLEIN

1